| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) REA, WILLIAM J | 2. Court or Organization U.S. CENTRAL DISTRICT OF CA | 3. Date of Report 5/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 312 N. SPRING ST LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEN'S ADVISORY COUNCIL | ASSITANCE LEAGUE OF S. CALIFORNIA (NON PROFIT) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN -7 A 11:10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 12/31/04 | THE RUTTER GROUP - CO AUTHORSHIP ROYALTIES | 2,500 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REA, WILLIAM J | 5/28/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑. NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BP PLC | B | Dividend | K | T | Sale | Var | J | D | PARTIAL - 7/2 AND 10/26 |
| 2. BAXTER INT. INC | A | Dividend | K | T | | | | | |
| 3. BOEING CO | A | Dividend | K | T | | | | | |
| 4. CALIF. WATER SVS GP | A | Dividend | K | T | | | | | |
| 5. CALAMOS STRATEGIC TOTAL RETURN | C | Dividend | K | T | BUY | 03/30 | K | | |
| 6. CHEVRON TEXACO CORP | C | Dividend | K | T | SALE | VAR | K | E | PARTIAL - REC██████ |
| 7. CISCO SYSTEMS | - | None | J | T | | | | | |
| 8. DOMINION RES. | B | Dividend | K | T | | | | | |
| 9. WALT DISNEY | A | Dividend | J | T | | | | | |
| 10. EATON VANCE TAX GLOBAL FUND | A | Dividend | | | BUY/SALE | 1/30 | J | A | SOLD ON 6/4 |
| 11. EATON VAN TAX ADVANTAGE GLOBAL DIV FUND | A | Dividend | | | BUY/SALE | 04/13 | J | A | REINV DIV SOLD ON 6/4 |
| 12. EATON VANCE TAX ADVANTAGE GLOBAL DIV FUND | A | Dividend | | | BUY\SALE | 05/13 | J | A | REINV DIV SOLD ON 6/4 |
| 13. DOW CHEMICAL | B | Dividend | K | T | SALE | 6/9 | K | D | PARTIAL SALE |
| 14. EIF IST EXCH AT&T | B | Dividend | K | T | | | | | |
| 15. EXXON MOBIL CORP | A | Dividend | K | T | SALE | 10/26 | J | D | PARTIAL |
| 16. FLORIDA POWER AND LIGHT | B | Dividend | K | T | | | | | |
| 17. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 18. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market



| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GENTEC INC. | | None | K | T | | | | | |
| 20. INTEL CORP | A | Dividend | J | T | | | | | |
| 21. IBM | A | Dividend | K | T | | | | | |
| 22. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 23. KONIKL PHIL.N | A | Dividend | J | T | | | | | |
| 24. MATTEL, INC | A | Dividend | | | SALE | 6/4 | J | B | |
| 25. MERCK & CO | A | Dividend | | | SALE | VAR | K | D | SOLD ON 6/4 AND 10/21 |
| 26. 3M | A | Dividend | K | T | | | | | |
| 27. PEOPLE ENERGY CORP | A | Dividend | J | T | | | | | |
| 28. PEPSICO, INC | A | Dividend | K | T | | | | | |
| 29. RAYTHEON CO | A | Dividend | K | T | BUY | 01/09 | J | | |
| 30. SPRINT CORP PCS SRI | | None | J | T | EXCHANGE | 04/23 | | | PRINT PCS - SPRINT CORP |
| 31. SPRINT CORP COM -SBC | B | Dividend | L | T | | | | | |
| 32. DEAN FOOD CO | A | Dividend | | | BUY/SELL | 06/04 | K | A | SOLD ON 10/21 FOR 14K |
| 33. SBC COMM INC | A | Dividend | | | SALE | 01/06 | J | C | |
| 34. PFIZER | A | Dividend | J | T | SALE | 10/26 | J | A | PARTIAL |
| 35. VERIZON | A | Dividend | K | T | | | | | |
| 36. VIACOM CLB | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. WALGREEN CO | A | Dividend | L | T | | | | | |
| 38. WALMART | A | Dividend | K | T | SOLD | 0109 | J | D | PARTIAL SALE |
| 39. SARA LEE CORP | A | Dividend | J | T | BUY | 03/12 | J | | |
| 40. LUCENT TECH., INC | | None | | | SALE | 12/27 | J | A | |
| 41. JOHN HANCOCK HEALTH SCIENCES CL C | A | Dividend | K | T | | | | | |
| 42. M/L GLOBAL ALLOCATION | C | Dividend | L | T | | | | | |
| 43. M/L HEALTHCARE FD | | None | K | T | | | | | |
| 44. ML MERCURY US SMALL CAP | | None | K | T | | | | | |
| 45. ML CALIFORNIA INSURED MUN BD C | C | Interest | M | T | | | | | |
| 46. M/L BANKERS DPOSIT PROGRAM - CASH | C | Interest | L | T | | | | | |
| 47. CA HEALTH FACILITY | A | Interest | J | T | SALE | 7/1 | J | A | PARTIAL |
| 48. SAN FRANCISCO CITY - CA | B | Interest | K | T | | | | | |
| 49. N. CA PWR AGENCY | B | Interest | K | T | | | | | |
| 50. SANTA CLARA CA ELEC REV | B | Interest | K | T | | | | | |
| 51. SAN DIEGO CA PUB FCS FIN | A | Interest | K | T | | | | | |
| 52. M/L CMA- CASH ACCT | A | Interest | K | T | | | | | |
| 53 GRAHAM CO. KANAS. PARTNER | B | Rent | J | W | | | | | |
| 54. KRUPP LTD PARTNER | A | Rent | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VILLA TOLUCA LTD PARTNER | D | Rent | L | W | | | | | |
| 56. COCA COLA #1 | A | Dividend | J | T | | | | | |
| 57. BELL SOUTH | A | Dividend | | | SALE | 12/27 | J | D | |
| 58. SBC COMMUNICATIONS | A | Dividend | | | SALE | 1/23 | K | C | |
| DUKE ENERGY | A | Dividend | | | SALE | 6/9 | J | A | |
| 60. EXXON MOBIL CORP #1 | A | Dividend | K | T | | | | | |
| 61. VERIZON #1 | A | Dividend | K | T | | | | | |
| 62. PFIZER INC DEL | A | Dividend | | | SALE | 10/26 | J | A | |
| 63. VODA FONE #1 | A | Dividend | J | T | | | | | |
| 64. AGERE SYSTEMS | | None | | | SALE | 6/9 | J | A | |
| 65. M/L CALIF MUNI BOND A #1 | A | Interest | J | T | | | | | |
| 66. US TREASURY BOND | C | Interest | | | SALE | 9/14 | L | E | |
| 67. M/L BANK USA #1 | A | Interest | J | T | | | | | |
| 68. M/L SMALL CAP #1 (NOW CALLED VALUE OPPORT | A | Interest | J | T | | | | | |
| JOHN HANCOCK HEALTH #1 | A | Dividend | K | T | | | | | |
| 70. ML HEALTHCARE FD #1 | A | Dividend | J | T | | | | | |
| 71. MSDW          CA ST. PUB WKS | A | Interest | | | SALE | 6/1 | J | A | |
| 72. MSDW          CA TAX FREE | A | Interest | | | SOLD | | | | SOLD IN 2003 |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P4 = $More than $50,000,000
    R = Cost (Real Estate Only)    S = Assessment

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. MS - LIQUID ASSET FUND | A | Dividend | J | T | | | | | |
| 74. TCW/DW TERM TRUST 2003 - MS | A | Dividend | J | T | | | | | |
| 75. US TREASURY SERIES HH/H -MS | A | Interest | J | T | | | | | |
| 76. BENICA CA UNI SCH DIST -MS | | None | J | T | | | | | |
| 77. LAS VIRGENSES CA UNI SCH DIST - MS | | None | J | T | | | | | |
| 78. MONTEBELLO CA UNI SCH DIST - MS | | None | J | T | | | | | |
| 79. PALOS VERDES PENINSULA CA - MS | | None | J | T | | | | | |
| 80 CENTER UNI SCH DIST CA RFDG - MS | | None | J | T | | | | | |
| 81. SAN JOAQUIN HILLS CA TRANSN CORRIDOR - MS | | None | J | T | | | | | |
| 82. BERRYESSA CA SCH DIST ELECTION OF 1999 - MS | | None | J | T | | | | | |
| 83. FOOTHILL DE ANZA CA CMNTY COLLEGE DIST - MS | | None | J | T | | | | | |
| 84. HACIENDA LA PUENTE CA UNI- MS | | None | J | T | | | | | |
| 85. SAN BERNARDINO CA CITY UNI - MS | | None | J | T | | | | | |
| 86. LORD ABBETT BOND FUND #2 | B | Interest | | | SALE | 03/17 | K | A | |
| 87. LORD ABBETT BOND FUND #1 | A | Interest | | | SALE | 3/17 | K | B | |
| 88. SAN JUAN CA CTR DIST | A | Interest | K | T | | | | | |
| 89. CONOCOPHOILLIPS | A | Dividend | J | T | SALE | 10/26 | K | D | PARTIAL |
| 90. AMERICAN CAPITAL INCOME BUILDER | B | Dividend | L | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. NICHOLAS APPEGLATE CONV AND INCOME | B | Interest | J | T | SALE | VAR | K | A | PART. SOLD 9/9 & 10/21 |
| 92. MUNI INTERMEDIATE DURATION FUND | C | Interest | | | SALE | VAR | K | A | SOLD ON 6/4, 6/26 AND 6/30 |
| 93. ML CA INSURANCE MUNI C #1 | A | Interest | J | T | | | | | |
| 94. WASHINGTON MUTUAL | A | Dividend | | | SALE | 12/28 | K | A | |
| 95. NATIONAL COMMERCE FIN | A | Dividend | | | SALE | 6/4 | J | B | |
| 96. S. CA REG WSTWTR | B | Interest | K | T | | | | | |
| 97. PFIZER INC | A | Dividend | J | T | BUY | 6/4 | J | | |
| 98. ███ ML LARGE CAP CORE | D | Dividend | K | T | BUY | 6/4 | K | | |
| 99. ALLIANCE CAP MGM | B | Dividend | K | T | BUY | 7/2 | K | | |
| 100. ML CAL INS MUNI BOND | B | Interest | L | T | BUY | 7/2 | L | | |
| 101. PIMCO REV RETURN | A | Dividend | K | T | BUY | 7/9 | K | | |
| 102. CONSTELLATION ENERGY GROUP | A | Dividend | K | T | BUY | 9/14 | K | | |
| 103. CONOCOPHILLIPS | A | Dividend | K | T | BUY | 9/14 | K | | |
| 104. ML LARGE CAP CORE | | None | K | T | BUY | 9/14 | K | | |
| 105. CALAMOS STRATEGIC | B | Dividend | K | T | BUY | 10/26 | K | | |
| 106. CALAMOS STRATEGIC | A | Dividend | J | T | BUY | 10/26 | J | | |
| 107 CALAMOS STRATEGIC | A | Dividend | J | T | BUY | VAR | J | | DIV REINVEST |
| 108. HSBC HOLDING | A | Dividend | | | BUY/SALE | 10/26 | K | A | SOLD ON 12/21 |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/28/2005 |

## VII.  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109.  S&P 500 GEARED FUND | A | Dividend | K | T | BUY | 11/1 | K | | |
| 110.  FLORIDA POWER LIGHT | A | Dividend | J | T | BUY | 12/27 | K | | |
| 111.  GENENTECH INC | A | Dividend | J | T | BUY | 12/27 | J | | |
| 112.  MONSANTO | A | Dividend | J | T | BUY | 12/27 | J | | |
| 113.  EATON VANCE TAX ADV | A | Dividend | J | T | BUY | 6/14 | J | | DIV<br>REINVESTED |
| 114.  EATON VANCE TAX ADV #1 | A | Dividend | | | BUY\SALE | 1/30 | K | A | SOLD ON 6/4 |
| 115.  CALOMOS STRATEGIC #1 | B | Dividend | K | T | BUY | 3/30 | | | INCLUDES<br>DIV REINV |
| 116.  ML LARGE CAP #1 | | None | K | T | BUY | 6/9 | K | | |
| 117.  CALVERT INCOME FUND #1 | B | Dividend | L | T | BUY | 9/14 | K | | |
| 118.  PIMCO #1 | B | Dividend | L | T | BUY | 9/14 | K | | |
| 119.  AMERICAN CAPITAL INCOME BUILDER #1 | A | Dividend | K | T | BUY | 12/27 | K | | |
| 120.  EL RANCHO BOND - MS | | None | J | T | BUY | 2004 | J | | DON'T HAVE<br>BUY DATE |
| 121.  PALM SPRINGS BOND - MS | | None | J | T | BUY | 2004 | J | | DON'T HAVE<br>BUY DATE |
| 122.  UBS CASHFUND | A | Dividend | J | T | BUY | 01/01 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII COLUMN B-2  TYPE OF INCOME

LINE 58-60

THESE INVESTMENTS ARE FROM PARTNERSHIP INVESMTENT IN REAL ESTATE

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████                    Date____6/1/05____

NOTE: ANY INDIVIDUAL WHO KN█████████ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544